UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60031-CR-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JASON LESLIE SATCHELL,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 38]

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on May 8, 2026 [ECF No. 38].

THIS COURT has reviewed Judge Strauss's Report and Recommendation and the pertinent portions of the record, including Defendant's Joint Notice of No Objection to Report and Recommendation, filed on May 8, 2026 [ECF No. 39]. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 38]** is **AFFIRMED AND ADOPTED**. Defendant, Jason Leslie Satchell's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 2 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Jared M. Strauss